CHAUNCEY WHITCHER, Appellant, *v.* HOLLAND WATER WORKS COMPANY, Respondent.

(Argued March 9, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Frank C. Laughlin* for appellant.

*Wallace Thayer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

CHARLES J. HERDT, Respondent, *v.* THE ROCHESTER CITY AND BRIGHTON RAILROAD COMPANY, Appellant.

(Argued March 9, 1894 ; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Theodore Bacon* for appellant.

*Eugene Van Voorhis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.